Blake D. Miller (4090)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com

Attorneys for BDRC 4Site, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**  **EASY STREET HOLDING, LCC, et al.,**  Debtors. | **Bankruptcy Case No. 09-29905** **(Jointly Administered with Cases 09-29907 and 09-29908)**  **Chapter 11**  **Honorable R. Kimball Mosier**  **(Filed Electronically)** |

**OBJECTION TO MOTION TO CLOSE EASY STREET PARTNER, LLC'S BANKRUPTCY CASE**

BDRC 4Site, LLC, ("BDRC") objects to the Motion to Close Easy Street Partner, LLC's Bankruptcy Case and Request for Final Decree pending resolution of BDRC's Supplemental Application of Co-Manager, BDRC 4Site, LLC, for Reimbursement of Attorneys' Fees and Costs. A hearing on the Supplemental Application has been scheduled for April 19, 2011 at 11:00 a.m.

DATED this 21st day of March 2011.

           Miller Guymon, P.C.


           */s/ Blake D. Miller*
           Blake D. Miller
           Attorneys for BDRC 4Site

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of March, 2011, a true and correct copy of the foregoing OBJECTION TO MOTION TO CLOSE EASY STREET PARTNER, LLC'S BANKRUPTCY CASE was served via CM/ECF on those registered to receive notice as of this date and by first class email on the following:

Annette W. Jarvis
Benjamin J. Kotter
DORSEY & WHITNEY, LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101

Richard W. Havel
Christina M. Craige
SIDLEY AUSTIN LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013

/s/ Blake D. Miller